# Court of Appeals
# of the State of Georgia

ATLANTA,  June 20, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1594. DARNELL LEWIS v. THE STATE.**

In 2022, Darnell Lewis pleaded guilty to aggravated assault and other crimes. Proceeding pro se, Lewis thereafter filed this direct appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-38 (a). "[A] timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal." *Henderson v. State*, 265 Ga. 317, 317 (1) (454 SE2d 458) (1995). Here, Lewis entered his plea on November 29, 2022, but did not file his notice of appeal until January 4, 2023, 36 days later. Because Lewis's notice of appeal is untimely, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  06/20/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.